IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT BINION and COREY LEA, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:18cv544-MHT (WO) |
| THE UNITED STATES DEPARTMENT OF AGRICULTURE and SONNY PERDUE, Secretary of Agriculture, | ) ) ) ) ) | |
| Defendants. | ) | |

OPINION AND ORDER

Plaintiffs filed a complaint which was construed as containing a motion for preliminary injunction. This case is before the court on the recommendation of the United States Magistrate Judge that plaintiffs' motion for preliminary injunction be denied without prejudice. There are no objections to the recommendation. Upon an independent and de novo review of the record, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 16) is adopted.

(2) The motion for preliminary injunction (doc. no. 1) is denied without prejudice.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 30th day of November, 2018.

                            /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**