IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROBLEA,ERT BINION and COREY    )<br>              )<br>              )<br>    Plaintiffs,    )<br>              )<br>    v.        )<br>              )<br>THE UNITED STATES      )<br>DEPARTMENT OF AGRICULTURE  )<br>and SONNY PERDUE,      )<br>Secretary of Agriculture,  )<br>              )<br>    Defendants.      ) | CIVIL ACTION NO.<br>2:18cv544-MHT<br>(WO) |

OPINION AND ORDER

This case is before the court on the recommendation of the United States Magistrate Judge that plaintiffs' motion for preliminary injunction be denied without prejudice and that plaintiffs' motion to set a preliminary-injunction hearing and for limited discovery on the matter be denied as moot. There are no objections to the recommendation. Upon an independent and de novo review of the record, the court concludes that the recommendation should be adopted.

Accordingly, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 58) is adopted.

(2) The motion for preliminary injunction (doc. no. 50) is denied without prejudice.

(3) The motion to set a hearing for preliminary injunction argument and limited discovery regarding the same matter (doc. no. 51) is denied as moot.

It is further ORDERED that this case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 21st day of August, 2020.

                                /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE