IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROBERT BINION and COREY    )
LEA,                       )
                           )
    Plaintiffs,            )
                           )     CIVIL ACTION NO.
    v.                     )       2:18cv544-MHT
                           )            (WO)
THE UNITED STATES          )
DEPARTMENT OF AGRICULTURE  )
and SONNY PERDUE,          )
Secretary of Agriculture,  )
                           )
    Defendants.            )
```

OPINION

Plaintiffs filed this lawsuit asserting multiple claims related to their status as socially disadvantaged farmers and to the 2009 foreclosure on one of the plaintiffs' farmland. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion to dismiss the case be granted. Also before the court are plaintiffs' objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiffs' objections should be

overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 4th day of March, 2021.

                                        /s/ Myron H. Thompson  
                                  UNITED STATES DISTRICT JUDGE