IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROBERT BINION and COREY LEA, ) ) ) Plaintiffs, ) ) v. ) ) THE UNITED STATES ) DEPARTMENT OF AGRICULTURE ) and SONNY PERDUE, ) Secretary of Agriculture, ) ) Defendants. ) | CIVIL ACTION NO. 2:18cv544-MHT (WO) |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiffs' objections (Doc. 73) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 72) is adopted.

(3) Defendants' motion to dismiss (Doc. 65) is granted.

(4) All other pending motions are denied as moot.

(5) This lawsuit is dismissed.

It is further ORDERED that costs are taxed against plaintiffs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 4th day of March, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**